**Paul PARKER, Appellant**

v.

**COMMONWEALTH of Pennsylvania, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

April 30, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 30th day of April, 2008, the order of the Commonwealth Court is hereby **AFFIRMED.**

Jurisdiction relinquished.